IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL___ ___ *by* ___

05 JUN 24  PM 12 5c

RO___RT R. D_____
CLE_K U.S. D_____
W.D. OF TN. M_MPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. *04 - 20380* M1 |
| v. ) | |
| ) | (60-Day Continuance) |
| *Willie Smith* ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act.  The case is currently set on the July 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, August 26, 2005, with trial to take place on the September, 2005, rotation calendar with the time excluded under the Speedy Trial Act through September 16, 2005.  Agreed in open court at report date this 24th day of June, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

SO ORDERED this 24th day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Assistant United States Attorney

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20380 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT