FILED BY _____ D.C.

05 DEC -2 PM 5: 20

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * No.   04-20380 MI |
| AARON WILLIE SMITH, | * |
| Defendant. | * |

## ORDER CONTINUING SENTENCING

Upon Motion of the United States and for good cause shown, the sentencing hearing for Aaron Willie Smith is hereby continued until further order of this court. **Matter reset to Friday, Jan. 6, 2006 at 3:00 P.M.**

Ordered this **2nd** day of **Dec,** 2005.

_____
HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-5-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20380 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT